```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANI JACOB and LESLEENA MARS, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

DUANE READE, INC., DUANE READE HOLDINGS, INC. and WALGREEN CO.,

    Defendants.

---

Case No. 11-cv-0160 (RMB)

**ECF CASE**

**STIPULATION AND ORDER DISMISSING WALGREEN CO. WITHOUT PREJUDICE**

    IT IS HEREBY STIPULATED, by and between the parties to the above-captioned case, that Defendant Walgreen Co. ("Walgreen") is hereby dismissed from this case without prejudice. Each party will bear their own costs and fees concerning the dismissal of Walgreen.

    IT IS FURTHER STIPULATED that as a result of Plaintiffs' dismissal of Walgreen as a defendant in this action, Walgreen is neither required to, nor will it, respond to any and all discovery that may be served by the Plaintiffs in this matter.

    IT IS FURTHER STIPULATED by and between the parties that in the event that Plaintiffs can successfully bring Walgreen into this matter, the statute of limitations is tolled as to the potential liability of Walgreen from January 7, 2011, the date the Complaint in this matter was filed, to and including the effective date that Walgreen is officially a party of record in the matter.

    IT IS FURTHER STIPULATED that on or before March 25, 2011, Plaintiffs will file a Second Amended Complaint amending the beginning of the proposed class period to January 8, 2009, the day after the effective date of the release of claims in the Court approved settlement of *Damassia et al. v. Duane Reade Inc.*, Case No. 04-Civ. 08819 (GEL) and *Chowdhury v. Duane Reade Inc. et al.*, Case No. 06-Civ-02295 (GEL). Defendants' time to respond to the Amended

Complaint is adjourned, and Defendants must respond to the Second Amended Compliant on or before April 5, 2011.

Date: March 22, 2011
New York, New York

/s/ _____
Justin M. Swartz
Molly A. Brooks
Sandra E. Pullman
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
212.245.1000

Seth R. Lesser
Fran R. Rudich
Michael J. Palitz
KLAFTER, OLSEN & LESSER LLC
Two International Drive, Suite 350
Rye Brook, NY 10573
914.934.9200

Jeffrey Gottlieb
Dana Gottlieb
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, NY 10003
212.228.9795

Attorneys for Plaintiffs

Date: March 22, 2011
New York, New York

/s/ _____
Craig R. Benson
Stephen A. Fuchs
Christine L Hogan
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022
212.583.9600

Attorneys for Defendants

SO ORDERED: _____RMB_____
HON. RICHARD M. BERMAN, United States District Judge

Dated: __3/23/11_____, 2011

Firmwide:100789940.1 049444.1016
3/22/11

- 2 -