**OUTTEN & GOLDEN LLP**
Adam T. Klein
Justin M. Swartz
Paul W. Mollica
Molly A. Brooks
Lauren E. Schwartzreich
Sandra E. Pullman
Michael J. Scimone
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**KLAFTER OLSEN & LESSER**
Seth R. Lesser
Fran L. Rudich
Michael J. Palitz
Mark W. Gaffney
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200

**GOTTLIEB & ASSOCIATES**
Jeffrey Gottlieb
Dana Gottlieb
150  East 18th Street, Suite PHR
New York, New York 10003
Telephone: (212) 228-9795

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANI JACOB and LESLEENA MARS, individually and on behalf all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>DUANE READE, INC. and DUANE READE HOLDINGS, INC.,<br><br>    Defendants. | 11 Civ. 0160 (RMB)(THK) |

**DECLARATION OF SANDRA E. PULLMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION AND COURT-AUTHORIZED
NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA**

I, Sandra E. Pullman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an associate at Outten & Golden LLP, attorneys for Plaintiffs herein, and an attorney in good standing admitted to practice in the State of New York and before this Court. I make this declaration in support of Plaintiffs' Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the FLSA.

**Procedural History**

2. Plaintiff Mani Jacob filed a Collective Action Complaint against Duane Reade, alleging FLSA violations on behalf of Assistant Store Managers ("ASMs"), in the Southern District of New York on January 7, 2011. *Jacob v. Duane Reade, Inc.*, *et al.* No. 11 Civ. 160 (RMB) (S.D.N.Y.), Docket No.1 ("*Jacob*").

3. Plaintiff Lesleena Mars filed a similar Complaint on the same day, alleging the same violations of the FLSA on behalf of ASMs in the Eastern District of New York. *Mars v. Duane Reade, Inc.*, No. 11-cv-00107 (DLI), Docket No. 1 ("*Mars*").

4. Mars then voluntarily dismissed her Complaint and joined Jacob's lawsuit. *Mars* Docket No. 13.

5. On March 2, 2011, Jacob filed his Amended Class Action Complaint adding Mars as a named plaintiff. *Jacob* Docket No. 11.

6. Plaintiffs filed the Second Amended Complaint on March 24, 2011. *Jacob* Docket No. 25.

7. Defendants filed their Answer to Plaintiffs' Second Amended Complaint on April 5, 2011. *Jacob* Docket No. 27.

8. The parties have exchanged initial disclosures.

9. Plaintiffs served interrogatories on Defendants, and Defendants responded with objections.

10. Seventeen ASMs have joined the case as Opt-in Plaintiffs. *Jacob* Docket Nos. 12, 17, 19, 21, 26, 28, 29, 31, 33, 36, 38, 29, and 45.

1

11.     Defendants have served discovery on Plaintiffs and deposed the named Plaintiffs and twelve Opt-in Plaintiffs.

12.     Plaintiffs have deposed two of Defendants' Rule 30(b)(6) witnesses and have noticed thirteen fact witnesses. Defendants will produce one more Rule 30(b)(6) witness for deposition.

**Exhibits**

13.     Attached are true and correct copies of the following documents:

a.     Attached as **Exhibit A** is a true and correct copy of Judge Lynch's opinion granting conditional certification to Duane Reade ASMs in *Damassia v. Duane Reade, Inc.*, No. 04 Civ. 8819, 2006 WL 2853971 (S.D.N.Y. Oct. 5, 2006);

b.     Attached as **Exhibit B** is a true and correct copy of the *Jacob* Class Action Complaint filed on January 7, 2011;

c.     Attached as **Exhibit C** is a true and correct copy of the *Mars* Complaint filed on January 7, 2011;

d.     Attached as **Exhibit D** is a true and correct copy of the Plaintiffs' Amended Complaint filed on March 2, 2011;

e.     Attached as **Exhibit E** is a true and correct copy of the Plaintiffs' Second Amended Complaint filed on March 24, 2011;

f.     Attached as **Exhibit F** is a true and correct copy of the Defendants' Answer to Seconded Amended Complaint and Statement of Additional and Affirmative Defenses filed on April 5, 2011;

g.     Attached as **Exhibit G** is a true and correct copy of excerpts from the deposition transcript of Mani Jacob, dated May 26, 2011;

h.     Attached as **Exhibit H** is a true and correct copy of excerpts from the deposition transcript of Lesleena Mars, dated June 14, 2011

2

    i. Attached as **Exhibit I** is a true and correct copy of excerpts from the deposition transcript of Carmen Ortiz, dated June 20, 2011;

    j. Attached as **Exhibit J** is a true and correct copy of excerpts from the deposition transcript of Manuel Mendez, dated July 7, 2011;

    k. Attached as **Exhibit K** is a true and correct copy of excerpts from the deposition transcript of Darnell Forde, dated June 21, 2011;

    l. Attached as **Exhibit L** is a true and correct copy of excerpts from the deposition transcript of Habibul Islam, dated June 2, 2011;

    m. Attached as **Exhibit M** is a true and correct copy of excerpts from the deposition transcript of Kumar Bharat, dated June 7, 2011;

    n. Attached as **Exhibit N** is a true and correct copy of excerpts from the deposition transcript of Sanjeev Farid, dated May 17, 2011;

    o. Attached as **Exhibit O** is a true and correct copy of excerpts from the deposition transcript of Hanna Saddik, dated May 13, 2011;

    p. Attached as **Exhibit P** is a true and correct copy of excerpts from the deposition transcript of Laurel DeMarco, dated July 6, 2011;

    q. Attached as **Exhibit Q** is a true and correct copy of excerpts from the deposition transcript of Ousmane Diop, dated May 24, 2011;

    r. Attached as **Exhibit R** is a true and correct copy of excerpts from the deposition transcript of Forbes Lewis, dated May 19, 2011;

    s. Attached as **Exhibit S** is a true and correct copy of excerpts from the deposition transcript of Usha Mehta, dated July 22, 2011;

    t. Attached as **Exhibit T** is a true and correct copy of excerpts from the deposition transcript of Carlos Echevarria, dated August 11, 2011;

    u. Attached as **Exhibit U** is a true and correct copy of excerpts from the deposition transcript of Rule 30(b)(6) Witness Francine Baruch, dated August 18, 2011;

    v.  Attached as **Exhibit V** is a true and correct copy of Money-Handling Forms, Bates Nos. D0021574 and D0021719;

    w.  Attached as **Exhibit W** is a true and correct copy of a Daily Financial Report, Bates No. D0021377;

    x.  Attached as **Exhibit X** is a true and correct copy of a Loss Prevention Incident Report, Bates No. D002161;

    y.  Attached as **Exhibit Y** is a true and correct copy of excerpts from the deposition transcript of Rule 30(b)(6) Witness Robin Costa, dated July 19, 2011;

    z.  Attached as **Exhibit Z** is a true and correct copy of an Assistant Store Manager Job Posting, Bates No. D00489-D00490;

    aa.  Attached as **Exhibit AA** is a true and correct copy of a document titled "ASM Class Action: Follow up Action Items," Bates Nos. D003659-D003660;

    bb.  Attached as **Exhibit BB** is a true and correct copy of a document titled "Acknowledgement of Fair Labor Standards Act ("FLSA") Status," Bates No. D00070; and

    cc.  Attached as **Exhibit CC** is Plaintiffs' Proposed Notice.

  I declare under penalty of perjury under the laws of New York and the United States that the foregoing is true and correct.

Dated: September 2, 2011
   New York, NY

              /s/ Sandra E. Pullman
                Sandra E. Pullman

              **OUTTEN & GOLDEN LLP**
              3 Park Avenue, 29th Floor
              New York, New York 10016
              Telephone: (212) 245-1000