IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANI JACOB and LESLEENA MARS, individually and on behalf all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>DUANE READE, INC. and DUANE READE HOLDINGS, INC.,<br><br>       Defendants. | 11 Civ. 0160 (JPO) (JCF) |

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 1.4, counsel for Plaintiffs respectfully move this Court for an Order withdrawing Rachel Aghassi of the law firm of Klafter Olsen & Lesser LLP as counsel for Plaintiffs. This request is appropriate because Rachel Aghassi is no longer employed by Klafter Olsen & Lesser LLP. Plaintiffs continue to be represented by Klafter Olsen & Lesser LLP, Outten & Golden LLP, and Gottlieb & Associates.

WHEREFORE, counsel for Plaintiffs respectfully request that the Court grant this Motion and withdraw the appearance of Rachel Aghassi as counsel for Plaintiffs in this case.

Dated: July 29, 2014    Respectfully submitted,
   Rye Brook, New York

            By:_____
            Seth R. Lesser
            Fran L. Rudich
            KLAFTER OLSEN & LESSER LLP
            Two International Drive, Suite 350
            Rye Brook, NY 10573
            Telephone:  (914) 934-9200

            Adam T. Klein
            Molly A. Brooks

Michael Scimone
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

Jeffrey Gottlieb
Dana Gottlieb
GOTTLIEB & ASSOCIATES
150  East 18th Street, Suite PHR
New York, New York 10003
Telephone: (212) 228-9795

*Attorneys for Plaintiffs*