UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANI JACOB and LESLEENA MARS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>       v.<br><br>DUANE READE, INC. and DUANE READE HOLDINGS, INC.,<br><br>        Defendants. | No. 11 Civ. 160 (JPO)(JCF) |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PROPOSED NOTICE OF SETTLEMENT, AND CLASS ACTION SETTLEMENT PROCEDURE.**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Proposed Notice of Settlement, and Class Action Settlement Procedure, and the exhibits attached thereto, and the supporting Declaration of Molly A. Brooks in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Proposed Notice of Settlement, and Class Action Settlement Procedure ("Brooks Declaration"), Plaintiffs respectfully move this Court for an Order:

(1) Preliminarily Approving the Joint Conditional Stipulation of Settlement and Release, attached to the Brooks Declaration as Exhibit A;

(2) approving the proposed Notices of Proposed Settlement of Class Action Lawsuit and Fairness Hearing and the Claim Form and Release Notice of Class Action Settlement, attached as Exhibits B, C, and D to the Brooks Declaration, and direct their distribution;

(3) approving the proposed schedule for final settlement approval; and

(4) granting such further relief as the Court deems just and proper.

Dated: January 6, 2017
    New York, New York

          Respectfully submitted,
          **OUTTEN & GOLDEN LLP**

          /s/ Molly A. Brooks
          Adam T. Klein
          Molly A. Brooks
          Michael J. Scimone
          685 Third Avenue, 25th Floor
          New York, New York 10017
          Telephone: (212) 245-1000
          Facsimile: (646) 509-2060

          KLAFTER OLSEN & LESSER LLP
          Seth R. Lesser
          Fran L. Rudich
          Two International Drive, Suite 350
          Rye Brook, New York 10573
          Tel: (914) 934-9200

          GOTTLIEB & ASSOCIATES
          Jeffrey Gottlieb
          Dana Gottlieb
          150 East 18th Street, Suite PHR
          New York, New York 10003
          Telephone: (212) 228-9795

          *Attorneys for Plaintiffs, the Class, and the Collective*